PHILIP TARNOWER, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.